# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT BANKS,<br><br>        Plaintiff,<br><br>v.<br><br>JOSE'S LA JOLLA, LLC dba JOSE'S COURT ROOM,<br><br>        Defendant. | Case No.: 3:19-cv-02497-H-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 14.] |

On June 17, 2020, Plaintiff Dwight Banks and Defendant Jose's La Jolla, LLC d/b/a Jose's Court Room filed a joint motion to dismiss this case with prejudice, stating that the parties have reached a settlement. (Doc. No. 14.) For good cause shown, the Court grants the parties' motion and dismisses this case with prejudice, with each party to bear its own attorney's fees and costs. The Court will retain jurisdiction over this matter under 28 U.S.C. 636(c) and Federal Rule of Civil Procedure 73.

**IT IS SO ORDERED.**

DATED: June 18, 2020

                       MARILYN L. HUFF, District Judge
                       UNITED STATES DISTRICT COURT